# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JAMES E. SANICKI, JR.,**

        **Petitioner,**

    **v.**                        **Case No. 14-C-5**

**JEFFREY PUGH,**

        **Respondent.**

---

# DECISION AND ORDER

---

This matter is before the Court for preliminary review of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by pro se Petitioner James E Sanicki, Jr., ("Sanicki") who is in the custody of Respondent Jeffrey Pugh ("Pugh"), Warden of the Stanley Correctional Institution. From its review of Sanicki's petition, the continued statement of case and facts, and continued grounds for relief, the Court cannot conclude that it plainly appears Sanicki is not entitled to relief. Rule 4, Rules Governing Section 2254 Cases in the United States District Courts. Therefore, Pugh must file an answer by the stated deadline.

    **NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

    Pugh **MUST FILE AN ANSWER** to Sanicki's petition for a writ of habeas corpus on or before **Tuesday March 25, 2014**; and

The answer **MUST** conform to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2014.

.

**BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**